IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARSHALL MALL INVESTORS LP, § § § Plaintiff, § § v. § Civil Action No. 2:21-CV-00109-RWS § ALLIED PROPERTY AND CASUALTY § INSURANCE COMPANY, § § Defendant. § § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal With Prejudice. Docket No. 198. In the jointly filed stipulation, the parties agree to dismiss the entire suit with prejudice and bear their own costs. *Id.* Having considered the stipulation, and because it is agreed, the stipulation (Docket No. 198) is **ACCEPTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 14th day of August, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE